IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 15 2019

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| TOMMY WINN, | ) |
| Plaintiff, | ) Civil Action No.<br>) 1:19-cv-28-JM |
| v. | ) |
| LEXISNEXIS RISK SOLUTIONS INC. | ) |
| Defendant. | ) |

## COMPLAINT

### PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act (hereafter the "FCRA"), 15 U.S.C. §1681 *et seq., as amended.*

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p, 28 U.S.C. §1331, 1337.

3. Venue lies properly in this district pursuant to 28 U.S.C. §1391(b).

### PARTIES

4. Plaintiff Tommy Winn is an adult individual who resides in the State of Arkansas.

5. Defendant Lexis Nexis Risk Solutions, Inc. (hereafter "LexisNexis"), is a business entity which regularly conducts business in the Eastern District of Arkansas and which has a principal place of business located at 1000 Alderman Dr, Alpharetta, GA, 30005.

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

## FACTUAL ALLEGATIONS

6. Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties (hereafter the "inaccurate information") from at least July 2018 through the present.

7. The inaccurate information includes, but is not limited to, an unsatisfied judgment for $180,000, that in fact, was fully satisfied in June 2017.

8. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a debtor and Plaintiff's credit worthiness.

9. Defendant has been reporting the inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports that it has disseminated to various persons and credit grantors, both known and unknown from at least July 2018 through the present.

10. Plaintiff has applied for and has been denied various loans, extensions of consumer credit and subjected to higher interest rates on multiple occasions. Plaintiff has been informed that the basis and/or substantial factor for those denials and higher interest rates was the inaccurate information that appears on Plaintiff's credit reports.

11. Plaintiff's credit reports have been obtained from Defendant by such third parties from at least July 2018 through the present.

12. As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of credit denial or loss of credit opportunity, credit defamation and emotional distress, including anxiety, frustration, embarrassment and, humiliation.

13. At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of its agency or employment, and under the direct supervision and control of the Defendant herein.

14. At all times pertinent hereto, the conduct of the Defendant as well as that of its agents, servants and/or employees, was intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of the Plaintiff herein.

## CLAIMS

### COUNT ONE – Violations of the FCRA
### Plaintiff v. Lexis Nexis

15. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

16. At all times pertinent hereto, Lexis Nexis was a "person" and a "consumer reporting agency" as those terms are defined by 15 U.S.C. § 1681a(b) and (f).

17. At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

18. At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

19. Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Lexis Nexis is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. § 1681e(b).

20. The conduct of Lexis Nexis was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full

amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

## JURY TRIAL DEMAND

21. Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

a) Actual damages;

b) Statutory damages;

c) Punitive damages;

d) Costs and reasonable attorney's fees pursuant to 15 U.S.C.§§1681n and 1681o; and

e) Such other and further relief as may be necessary, just and proper.

Respectfully submitted,
**TOMMY WINN**

By: _____
Larry P. Smith
Attorney for Plaintiff

Dated: April 11, 2019

Larry P. Smith (Atty. No.: 6217162)
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:  (312) 324-3532
Facsimile:  (888) 418-1277
E-Mail:  lsmith@smithmarco.com