**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TOMMY WINN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:19-cv-28-JM** |
| | ) | |
| **LEXISNEXIS RISK SOLUTIONS INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CLERK'S ORDER

THIS CAUSE is before the Court on the Parties' Stipulation for Extension of Time for Defendant LexisNexis Risk Solutions Inc. to respond to Plaintiff's Complaint pursuant to Local Rule 6.2. Because the Parties are in agreement and the Court finds good cause, it is hereby ORDERED that Defendant LexisNexis Risk Solutions shall have up to and including **June 13, 2019** to respond to Plaintiff's Complaint.

Signed at the Direction of the Court this 21 day of May, 2019.


Jake Kornegay
Deputy Clerk